# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DYLAN FORD**                                                                          **PLAINTIFF**

**v.**                                    **No. 4:26-cv-444-DPM**

**RODNEYSE BICHOTTE-HERMELYN;**
**BRIAN GOTLIEB; and JOY**
**CAMPANELLI**                                                             **DEFENDANTS**

## ORDER

In the interest of judicial economy and consistent rulings, the Court directs the Clerk to transfer this case to Chief United States District Judge Kristine G. Baker by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2026